# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**                    **: CIVIL NO: C-1-00-238**
                                   **: JUDGE SPIEGEL**

**DEENA L. THOMPSON,**
**aka DEENA LEE THOMPSON,**

        **Defendant.**

## NOTICE OF SUBSTITUTION OF COUNSEL

Comes now plaintiff, United States of America, and hereby notifies the Court and parties herein that Deborah F. Sanders, the undersigned Assistant United States Attorney, shall be substituted for Dale E. Williams, Jr., Assistant United States Attorney, as attorney of record for the Plaintiff, United States of America, herein.

It is therefore respectfully requested that copies of all future pleadings and correspondence in this matter be directed to Deborah F. Sanders.

Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney

        s/Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney
        Attorney for Plaintiff
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215
        (614) 469-5715
        Fax: (614) 469-5240
        Deborah.Sanders @usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above and foregoing Plaintiff's Substitution of

Counsel was mailed this 28th day of April, 2004, first class, postage prepaid, to Deena L.

Thompson, Defendant, 5118 Kenwood Road, Cincinnati, OH  45227.


s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)