IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-238 |
| vs. | ) |
| DEENA L. THOMPSON, | ) JUDGE SPIEGEL |
| aka DEENA LEE THOMPSON, | ) MAGISTRATE JUDGE HOGAN |
| SSN: XXX-XX-3338 | ) |
| Defendant, | ) |
| and | ) |
| Merchants Guard & Security | ) |
| Garnishee. | ) |

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED**.

DATE: 4/29/04

s/David S. Perelman
UNITED STATES MAGISTRATE JUDGE