

**MERCHANTS SECURITY INC.**

dba: Merchants Guard Co.
Merchants Protection
4766 Glendale-Milford Rd.
Blue Ash, Ohio 45242
513/891-0411

May 3, 2004

**RECEIVED**
MAY 0 4
JAMES BONINI, Clerk
CINCINNATI, OHIO

Clerk U.S. District Court
U.S. Postoffice & Courthouse, Rm #326
Cincinnati, Ohio 45202

RE: DEENA L. THOMPSON
    CASE# C-1-00-238

This letter is in response to a court order received by our office on April 30, 2004.

We are hereby advising that Deena L. Thompson is a full time employee with our agency.

She currently works 40 hours per week as a security officer in Cincinnati, Ohio and is paid every two weeks by this office.

Should you have any other questions or require any additional information please do not hesitate to contact me directly.

Sincerely,

R. Scott Baysore

cc: Deena L. Thompson
    Deborah E. Sanders, AUSA

protection since 1885