*(Domestic Mail Only; No Insurance Coverage Provided)*

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Deena L. Thompson
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, April 2002     See Reverse for Instructions

---

*(Domestic Mail Only; No Insurance Coverage Provided)*

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Merchants Guard & Security
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, April 2002     See Reverse for Instructions