| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Liz Armstrong* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*): Liz Armstrong    C. Date of Delivery: 5/18 |
| 1. Article Addressed to:<br>Merchants Guard + Security<br>4766 Glendale Milford Rd.<br>Cinti, OH. 45242 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7002 0860 0000 1408 6558 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540