IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



04 MAY 28 PM 12: 33

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: C-1-00-238 |
| DEENA L. THOMPSON,<br>aka DEENA LEE THOMPSON,<br>SSN: 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 | ) JUDGE SPIEGEL |
| Defendant, | ) |
| and | ) |
| Merchants Guard & Security | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

**R. Scott Baysore**, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

A. That he/she is the **VP** (state official title, relationship, etc.) of Garnishee, Merchants Guard & Security.

B. On **5/21/04**, 2004, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ✓ Yes ____ No. (If the answer is yes, complete items 1 and 2 below):

1. Debtor's pay period is ____ weekly, ✓ bi-weekly, ____ semi-monthly, ____ monthly. Enter the date the present pay period began. _____ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. **5/23/04**

2. The amount of the Debtor's net wages are:
    a) Gross Pay                              _540.00_
    b) Federal Income Tax                     _34.27_
    c) F.I.C.A. Income Tax                    _33.48_
    d) State Income Tax                       _9.68_
    e) Total of tax withholdings                       _77.43_
    f) Net Wages ( total is (a) less total of (e))     _462.57_

C. Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) _____ Yes __✓__ No.

If the answer is yes, describe below.

_____

_____

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest. _____ Yes __✓__ No (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ _N/A_ | |
| 2. $ _____ | |
| 3. $ _____ | |
| 4. $ _____ | |

F.  Complete items 1 through 3 below, if applicable:

   1. The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

   _____
   _____
   _____

   2. The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

   _____
   _____
   _____

   3. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

   _____
   _____
   _____

G.  The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

   (1) Clerk U.S. District Court
   U.S. Postoffice & Courthouse, Rm #326
   Cincinnati, OH  45202

   (2) the Debtor:
Deena L. Thompson
5118 Kenwood Road
Cincinnati, OH  45227

   (3) the attorney for the United States:

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215-2401

_____
Garnishee

Subscribe and sworn to before me this ___27___ day of __MAY__, 2004.

_____
Notary Public
My Commission expires: 03-31-07

## ATTACHMENT TO ANSWER OF GARNISHEE

**The Original Answer must be mailed to:**

    Clerk U.S. District Court
    U.S. Postoffice & Courthouse, Rm #326
    Cincinnati, OH  45202

**and a copy of this Answer to:**

    Deborah F. Sanders
    Assistant United States Attorney
    Southern District of Ohio
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio  43215-2401

**and a copy of this Answer to the Defendant:**

    Deena L. Thompson
    5118 Kenwood Road
    Cincinnati, OH  45227