# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **Plaintiff** <br><br> vs. <br><br> **DEENA L. THOMPSON,** <br> aka **DEENA LEE THOMPSON,** <br> SSN: XXX-XX-3338 <br> **Defendant,** <br><br> and <br><br> **Merchants Security** <br><br> **Garnishee.** | ) <br> ) <br> ) **CASE NO: C-1-00-238** <br> ) <br> ) <br> ) **JUDGE SPIEGEL** <br> ) **MAGISTRATE JUDGE PERELMAN** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR
## AND ON GARNISHEE

This is to certify under penalty of perjury that on June 8, 2004, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Deena L. Thompson, 3560 Washington Ave., Cincinnati, OH 45229.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailings on

June 9, 2004.

I further certify under penalty of perjury that on May 18, 2004, the following documents were mailed, by certified mail, return receipt requested to Garnishee, Merchants Security, Attn: Human Resources, 4766 Glendale Milford Road, Blue Ash, OH 45242.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

Attached hereto is a copy of the Return of Service document evidencing service on May 21, 2004.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard
    Suite 200
    Columbus, Ohio 43215
    (614) 469-5715
    Fax: (614) 469-5240
    Deborah.Sanders @usdoj.gov