**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Merchants Guard & Security
   Attn: Human Resources
   4766 Glendale Milford Road
   Blue Ash, OH 45242

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Liz Armstrong
B. Date of Delivery: 5-21-04
C. Signature: X [signature] Armstrong
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label): 7002 2410 0005 9245 4114

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deena L. Thompson
   3560 Washington Ave.
   Cincinnati, OH 45229

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Rena Harris
B. Date of Delivery: 8/[?]/04
C. Signature: X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label): 7003 3110 0005 0228 0019

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952