## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **Plaintiff** <br> <br> vs. <br> <br> **DEENA L. THOMPSON,** <br> aka **DEENA LEE THOMPSON,** <br> SSN: XXX-XX-3338 <br> **Defendant,** <br> <br> and <br> <br> **Merchants Security** <br> <br> **Garnishee.** | ) <br> ) <br> ) **CASE NO: C-1-00-238** <br> ) <br> ) <br> ) **JUDGE SPIEGEL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR

This is to certify under penalty of perjury that on July 1, 2004, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Deena L. Thompson, at her place of employment, c/o Merchants Guard & Security, 4766 Glendale Milford Road, Blue Ash, Ohio 45242.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailings on July 6, 2004.

                                                Respectfully submitted,

                                                GREGORY G. LOCKHART
                                                United States Attorney

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)
                                                Assistant United States Attorney
                                                Attorney for Plaintiff
                                                303 Marconi Boulevard
                                                Suite 200
                                                Columbus, Ohio 43215
                                                (614) 469-5715
                                                Fax: (614) 469-5240
                                                Deborah.Sanders @usdoj.gov