IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | CASE NO:  C-1-00-238 |
|     vs. ) | |
| ) | |
| DEENA L. THOMPSON, ) | JUDGE SPIEGEL |
| aka DEENA LEE THOMPSON, ) | |
| SSN: XXX-XX-3338 ) | |
|     Defendant, ) | |
| ) | |
|     and ) | |
| ) | |
| Merchants Security ) | |
| ) | |
|     Garnishee. ) | |

## ANNUAL ACCOUNTING IN GARNISHMENT

    Pursuant to Title 18, U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

    Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney


    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Two Nationwide Plaza
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio  43215
    (614) 469-5715