GARNISHMENT - PAYMENT HISTORY REPORT
FOR: 2000Z00226/001
DEBTOR: Thompson, Deena L.
COURT NUMBER: C-1-00-238

| SEQ | FIN CODE | FIN COL TYPE | FIN REC DATE | FORM/ REC | REC BY FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| 0017 | PMNT | WA | 05-AUG-2004 | GR/G | Merchants Security S | OHS /04/209 | 565083 | | $115.85 | 05-AUG-2004 |
| 0018 | PMNT | WA | 23-AUG-2004 | GR/G | MERCHANTS SECURITY | OHS /04/220 | 565297 | | $154.80 | 23-AUG-2004 |
| 0022 | PMNT | WA | 02-SEP-2004 | GR/G | Merchants Security S | OHS /04/228 | 565512 | | $147.66 | 02-SEP-2004 |
| 0023 | PMNT | WA | 17-SEP-2004 | GR/G | Merchants Security S | OHS /04/239 | 565726 | | $136.15 | 17-SEP-2004 |
| 0024 | PMNT | WA | 30-SEP-2004 | GR/G | Merchants Security S | OHS /04/247 | 565940 | | $105.85 | 30-SEP-2004 |
| 0025 | PMNT | WA | 14-OCT-2004 | GR/G | Merchants Security S | OHS /05/009 | 566139 | | $108.35 | 14-OCT-2004 |
| 0026 | PMNT | WA | 15-OCT-2004 | GR/G | Management Recruiters | OHS /05/010 | 10083475 | | $60.84 | 15-OCT-2004 |
| 0027 | PMNT | WA | 29-OCT-2004 | GR/G | Merchants Security S | OHS /05/019 | 566338 | | $147.04 | 29-OCT-2004 |
| 0028 | PMNT | WA | 15-NOV-2004 | GR/G | Merchants Security | OHS /05/028 | 566548 | | $131.10 | 15-NOV-2004 |
| 0029 | PMNT | WA | 01-DEC-2004 | GR/G | Merchants Security | OHS /05/039 | 566769 | | $95.85 | 01-DEC-2004 |
| 0030 | PMNT | WA | 09-DEC-2004 | GR/G | Merchants Security | OHS /05/045 | 566984 | | $102.21 | 09-DEC-2004 |
| 0031 | PMNT | WA | 27-DEC-2004 | GR/G | Merchants Security | OHS /05/054 | 567192 | | $115.85 | 27-DEC-2004 |
| 0032 | PMNT | WA | 13-JAN-2005 | GR/G | Merchants Security S | OHS /05/065 | 567399 | | $93.54 | 13-JAN-2005 |



GOVERNMENT EXHIBIT

| # | Type | | Date | Code | Description | Reference | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|---|
| 0033 | PMNT | WA | 24-JAN-2005 | GR/G | Merchant Security Sy | OHS /05/070 | 567600 | $91.04 | 24-JAN-2005 |
| 0034 | PMNT | WA | 03-FEB-2005 | GR/G | Merchants Security S | OHS /05/078 | 567809 | $116.04 | 03-FEB-2005 |
| 0035 | PMNT | WA | 17-FEB-2005 | CH/Y | Merchants Sec | OHS /05/086 | 568008 | $111.29 | 17-FEB-2005 |
| 0036 | PMNT | WA | 04-MAR-2005 | GR/G | Merchanats Security | OHS /05/096 | 568206 | $94.79 | 04-MAR-2005 |
| 0037 | PMNT | WA | 22-MAR-2005 | GR/G | Merchants Security | OHS /05/106 | 568400 | $110.04 | 22-MAR-2005 |
| 0038 | PMNT | WA | 31-MAR-2005 | GR/G | Merchants Security S | OHS /05/113 | 568598 | $71.18 | 31-MAR-2005 |
| 0039 | PMNT | WA | 19-APR-2005 | GR/G | Merchants Security S | OHS /05/125 | 568795 | $118.78 | 19-APR-2005 |
| 0040 | PMNT | WA | 28-APR-2005 | GR/G | Merchants Security | OHS /05/132 | 568983 | $157.84 | 28-APR-2005 |
| 0041 | PMNT | WA | 13-MAY-2005 | GR/G | merchants Security | OHS /05/143 | 569166 | $128.96 | 13-MAY-2005 |
| 0042 | PMNT | WA | 31-MAY-2005 | GR/G | Merchants Security S | OHS /05/152 | 569358 | $171.25 | 31-MAY-2005 |
| 0043 | PMNT | WA | 13-JUN-2005 | GR/G | Merchants Security | OHS /05/160 | 569550 | $161.61 | 13-JUN-2005 |
| 0045 | PMNT | WA | 27-JUN-2005 | CH/Y | Merchants Security | OHS /05/170 | 569730 | $157.86 | 27-JUN-2005 |
| 0046 | PMNT | WA | 07-JUL-2005 | GR/G | Merchants Security | OHS /05/177 | 569915 | $150.25 | 07-JUL-2005 |
| 0047 | PMNT | WA | 22-JUL-2005 | GR/G | Merchants Security | OHS /05/187 | 570097 | $146.46 | 22-JUL-2005 |

Total Payments    $3,302.48