**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>  **Plaintiff** )<br> )  **CASE NO: C-1-00-238**<br>      vs. )<br> )<br> **DEENA L. THOMPSON,** )  **JUDGE SPIEGEL**<br> aka **DEENA LEE THOMPSON,** )   **MAGISTRATE JUDGE BLACK**<br> SSN: XXX-XX-3338 )<br>        **Defendant,** )<br> )<br>       and )<br> )<br> **Merchants Security** )<br> )<br>        **Garnishee.** ) | |

**FINAL ACCOUNTING IN GARNISHMENT**

Pursuant to Title 18, U.S.C. § 3205(c)(9)(B), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    303 Marconi Blvd, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Final Accounting in Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 8th day of March, 2006 to:

Deena L. Thompson
5106 Grafton Avenue
Cincinnati, OH  45237

Merchants Security
Attn: Scott
4755 Glendale Milford Road
Blue Ash, Ohio 45242

                                        s/Deborah F. Sanders
                                        DEBORAH F. SANDERS (0043575)
                                        Assistant United States Attorney

N:\_ECF Workload\DSanders\thompson, deena fin acct.wpd