PAYMENT HISTORY REPORT
FOR: 2000Z00226/001
DEBTOR: Thompson, Deena L.
COURT NUMBER: C-1-00-238

| SEQ | FIN CODE | FIN TYPE | COL DATE | REC FORM/ | REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0017 | PMNT | WA | 05-AUG-2004 | GR/G | | Merchants Security S | OHS /04/209 | 565083 | | $154.80 | 05-AUG-2004 |
| 0018 | PMNT | WA | 23-AUG-2004 | GR/G | | MERCHANTS SECURITY | OHS /04/220 | | 565297 | $115.85 | 23-AUG-2004 |
| 0022 | PMNT | WA | 02-SEP-2004 | GR/G | | Merchants Security S | OHS /04/228 | 565512 | | $147.66 | 02-SEP-2004 |
| 0023 | PMNT | WA | 17-SEP-2004 | GR/G | | Merchants Security S | OHS /04/239 | 565726 | | $136.15 | 17-SEP-2004 |
| 0024 | PMNT | WA | 30-SEP-2004 | GR/G | | Merchants Security S | OHS /04/247 | 565940 | | $105.85 | 30-SEP-2004 |
| 0025 | PMNT | WA | 14-OCT-2004 | GR/G | | Merchants Security S | OHS /05/009 | 566139 | | $108.35 | 14-OCT-2004 |
| 0026 | PMNT | WA | 15-OCT-2004 | GR/G | | Management Recuiters | OHS /05/010 | | 10083475 | $60.84 | 15-OCT-2004 |
| 0027 | PMNT | WA | 29-OCT-2004 | GR/G | | Merchants Security S | OHS /05/019 | 566338 | | $147.04 | 29-OCT-2004 |
| 0028 | PMNT | WA | 15-NOV-2004 | GR/G | | Merchants Security | OHS /05/028 | 566548 | | $131.10 | 15-NOV-2004 |
| 0029 | PMNT | WA | 01-DEC-2004 | GR/G | | Merchants Security | OHS /05/039 | 566769 | | $95.85 | 01-DEC-2004 |
| 0030 | PMNT | WA | 09-DEC-2004 | GR/G | | Merchants Security | OHS /05/045 | 566984 | | $102.21 | 09-DEC-2004 |
| 0031 | PMNT | WA | 27-DEC-2004 | GR/G | | Merchants Security | OHS /05/054 | 567192 | | $115.85 | 27-DEC-2004 |
| 0032 | PMNT | WA | 13-JAN-2005 | GR/G | | Merchants Security S | OHS /05/065 | 567399 | | $93.54 | 13-JAN-2005 |

GOVERNMENT EXHIBIT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0033 | PMNT | WA | 24-JAN-2005 | GR/G | Merchant Security Sy | OHS /05/070 | 567600 | $91.04 | 24-JAN-2005 |
| 0034 | PMNT | WA | 03-FEB-2005 | GR/G | Merchants Security S | OHS /05/078 | 567809 | $116.04 | 03-FEB-2005 |
| 0035 | PMNT | WA | 17-FEB-2005 | CH/Y | Merchants Sec | OHS /05/086 | 568008 | $111.29 | 17-FEB-2005 |
| 0036 | PMNT | WA | 04-MAR-2005 | GR/G | Merchants Security | OHS /05/096 | 568206 | $94.79 | 04-MAR-2005 |
| 0037 | PMNT | WA | 22-MAR-2005 | GR/G | Merchants Security | OHS /05/106 | 568400 | $110.04 | 22-MAR-2005 |
| 0038 | PMNT | WA | 31-MAR-2005 | GR/G | Merchants Security S | OHS /05/113 | 568598 | $71.18 | 31-MAR-2005 |
| 0039 | PMNT | WA | 19-APR-2005 | GR/G | Merchants Security S | OHS /05/125 | 568795 | $118.78 | 19-APR-2005 |
| 0040 | PMNT | WA | 28-APR-2005 | GR/G | Merchants Security | OHS /05/132 | 568983 | $157.84 | 28-APR-2005 |
| 0041 | PMNT | WA | 13-MAY-2005 | GR/G | merchants Security | OHS /05/143 | 569166 | $128.96 | 13-MAY-2005 |
| 0042 | PMNT | WA | 31-MAY-2005 | GR/G | Merchants Security S | OHS /05/152 | 569358 | $171.25 | 31-MAY-2005 |
| 0043 | PMNT | WA | 13-JUN-2005 | GR/G | Merchants Security | OHS /05/160 | 569550 | $161.61 | 13-JUN-2005 |
| 0045 | PMNT | WA | 27-JUN-2005 | CH/Y | Merchants Security | OHS /05/170 | 569730 | $157.86 | 27-JUN-2005 |
| 0046 | PMNT | WA | 07-JUL-2005 | GR/G | Merchants Security | OHS /05/177 | 569915 | $150.25 | 07-JUL-2005 |
| 0047 | PMNT | WA | 22-JUL-2005 | GR/G | Merchants Security | OHS /05/187 | 570097 | $146.46 | 22-JUL-2005 |
| 0048 | PMNT | WA | 05-AUG-2005 | GR/G | Merchants Security | OHS /05/197 | 570280 | $146.46 | 05-AUG-2005 |
| 0049 | PMNT | WA | 18-AUG-2005 | GR/G | Merchants Security | OHS /05/206 | 570475 | $146.46 | 18-AUG-2005 |
| 0050 | PMNT | WA | 01-SEP-2005 | GR/G | Merchants Security | OHS /05/216 | 570660 | $131.46 | 01-SEP-2005 |
| 0051 | PMNT | WA | 21-SEP-2005 | GR/G | Merchants Security | OHS /05/229 | 570848 | $169.25 | 21-SEP-2005 |
| 0052 | PMNT | WA | 29-SEP-2005 | GR/G | Merchants Security | OHS /05/235 | 571033 | $188.05 | 29-SEP-2005 |
| 0053 | PMNT | WA | 17-OCT-2005 | GR/G | Merchants Security | OHS /06/010 | 571228 | $146.46 | 17-OCT-2005 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0054 | PMNT | WA | 28-OCT-2005 | GR/G | Merchants Security | OHS /06/019 | 571430 | $146.46 | 28-OCT-2005 |
| 0055 | PMNT | WA | 10-NOV-2005 | GR/G | Merchants Security | OHS /06/028 | 571634 | $141.57 | 10-NOV-2005 |
| 0056 | PMNT | WA | 29-NOV-2005 | GR/G | Merchants Security | OHS /06/038 | 571840 | $146.46 | 29-NOV-2005 |
| 0058 | PMNT | WA | 12-DEC-2005 | GR/G | Merchants Security | OHS /06/047 | 572042 | $132.76 | 12-DEC-2005 |
| 0059 | PMNT | WA | 23-DEC-2005 | GR/G | Merchants Security | OHS /06/055 | 572262 | $137.15 | 23-DEC-2005 |
| 0060 | PMNT | WA | 09-JAN-2006 | GR/G | Merchants Security | OHS /06/064 | 572450 | $149.10 | 09-JAN-2006 |
| 0061 | PMNT | WA | 20-JAN-2006 | GR/G | Merchants Security | OHS /06/072 | 572634 | $146.70 | 20-JAN-2006 |
| 0062 | PMNT | WA | 02-FEB-2006 | GR/G | Merchants Security | OHS /06/081 | 572815 | $146.70 | 02-FEB-2006 |
| 0064 | PMNT | WA | 28-FEB-2006 | GR/G | Merchants Security | OHS /06/094 | 573003 | $108.97 | 28-FEB-2006 |

Total Payments for Debtor:   $5,486.48