**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff** | ) |
| | ) **CASE NO: C-1-00-238** |
| vs. | ) |
| | ) |
| **DEENA L. THOMPSON,** | ) **JUDGE SPIEGEL** |
| **aka DEENA LEE THOMPSON,** | )  **MAGISTRATE JUDGE BLACK** |
| **SSN: XXX-XX-3338** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Merchants Security** | ) |
| | ) |
| **Garnishee.** | ) |

## SATISFACTION OF JUDGMENT AND
## TERMINATION OF GARNISHMENT

The judgment in the above-entitled case having been paid and/or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

Pursuant to 28 U.S.C. §3205(c)(10), the Writ of Continuing Garnishment and Garnishee Order is hereby terminated.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
303 Marconi Blvd, Suite 200
Columbus, Ohio  43215
(614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment and Termination of Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 8th day of March, 2006 to:

Deena L. Thompson  
5106 Grafton Avenue  
Cincinnati, OH  45237

Merchants Security  
Attn: Scott  
4755 Glendale Milford Road  
Blue Ash, Ohio 45242

                                                      s/Deborah F. Sander  
                                                      DEBORAH F. SANDERS (0043575)  
                                                      Assistant United States Attorney